Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
### Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Rapid Marine Fuels, LLC** | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as names* | **Rapid Environmental Services, LLC** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | __ __ – __ __ __ __ __ __ __ | |
| **4. Debtor's address** | **Principal place of business**  7815 Highway 225  Number    Street  La Porte, TX 77571-9783  City    State    ZIP Code  Harris  County | **Mailing address, if different from principal place of business**  PO Box 687  Number    Street  Deer Park, TX 77536-0687  City    State    ZIP Code  **Location of principal assets, if different from principal place of business**  Number    Street  City    State    ZIP Code |
| **5. Debtor's website (URL)** | n/a | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page **1**

Debtor **Rapid Marine Fuels, LLC**  Case number (if known) _____
       Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | ___ ___ ___ ___ |

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                              MM / DD / YYYY
       District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor **Ted Booher**   Relationship **President**
       District **Southern District of Texas**   When **9/1/2025**
                                                      MM / DD / YYYY
       Case number, if known _____

Debtor   **Rapid Marine Fuels, LLC**_____    Case number *(if known)* _____
         Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☐ No |
|---|---|
| | ☑ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard?  oil-contaminated soil |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | Where is the property?  **7815 Highway 225** |
| | Number   Street |
| | _____ |
| | **La Porte**                          **TX**   **77571-9783** |
| | City                                   State   ZIP Code |
| | **Is the property insured?** |
| | ☑ No |
| | ☐ Yes.   Insurance agency _____ |
| |           Contact name _____ |
| |           Phone _____ |

### Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☑ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **Rapid Marine Fuels, LLC**                                     Case number *(if known)* _____
      Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/01/2025**
            MM/ DD/ YYYY

X  **/s/ Ted Booher**                                          **Ted Booher**
Signature of authorized representative of debtor          Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ Mark P. Yablon**                    Date  **09/01/2025**
Signature of attorney for debtor                         MM/ DD/ YYYY

**Mark P. Yablon**
Printed name

**Yablon Law PLLC**
Firm name

**2777 Allen Pkwy Fl 10**
Number        Street

**Houston**                              **TX**        **77019-2165**
City                                     State      ZIP Code

**(281) 310-5813**                       **bankruptcy@yablonlaw.com**
Contact phone                            Email address

**24100688**                             **TX**
Bar number                               State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **4**

# CORPORATE RESOLUTION
## AUTHORIZING FILING OF BANKRUPTCY PETITION

I, Ted Booher, do hereby certify that this Resolution of the Board of Directors of Rapid Marine Fuels, LLC (the "Company"), a limited liability company duly organized and existing under the laws of Texas, authorizing the Company to file a voluntary bankruptcy petition was adopted on August 31, 2025.

**WHEREAS**, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under Chapter 11, Subchapter V of Title 11 of the United States Code (the "Bankruptcy Code").

**BE IT HEREBY RESOLVED** that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

**FURTHER RESOLVED** that Ted Booher, President, is authorized to execute all documents necessary for the Company to file a voluntary petition under Chapter 11, Subchapter V of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

**FURTHER RESOLVED** that Ted Booher, President, is authorized to employ Yablon Law, PLLC to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

**FURTHER RESOLVED** that Ted Booher, President, is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

**FURTHER RESOLVED** that Ted Booher, President, is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

**FURTHER RESOLVED** that all acts lawfully done by Ted Booher, President, to effectuate the intent of these resolutions are hereby ratified and approved.

Date: August 31, 2025                    */s/ Ted Booher*
                                              Name:   Ted Booher
                                              Title:   President

**STATEMENT PURSUANT TO 11 U.S.C. § 1116(1)(B)**

    I, Ted Booher, President of Rapid Marine Fuels, LLC (the "Company"), do hereby state under penalty of perjury, pursuant to 11 U.S.C. § 1116(1)(B), that the Company does not have any current balance sheets, statements of operations, or cash-flow statements, and that the Company has not filed a Federal tax return for several years.

    The Company is taking steps to remedy these issues, including retaining professionals to prepare balance sheets, statements of operations, and cash-flow statements as well as filing Federal tax returns. The Company will file copies of these documents as soon as they are available.

Date: August 31, 2025　　　　　　　　　　*/s/ Ted Booher*
　　　　　　　　　　　　　　　　Name:　Ted Booher
　　　　　　　　　　　　　　　　Title:　President