United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| RAPID MARINE FUELS, LLC, | § | Case No. 25-35152 |
| | § | Chapter 11, Subchapter V |
| Debtor. | § | |

**ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS**
(ECF No. 10)

Upon the motion (the "Motion") of the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order extending the deadline to file its bankruptcy schedules and statement of financial affairs (collectively, the "Schedules and Statements"); and the Court having reviewed the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

1

and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The time within which the Debtors must file their Schedules and Statements is extended to September 29, 2025.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: September 16, 2025

Jeffrey P. Norman
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-35152-jpn |
| Rapid Marine Fuels, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Sep 16, 2025 | Form ID: pdf001 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Rapid Marine Fuels, LLC, P.O. Box 687, Deer Park, TX 77536-0687 |
| 13063843 | BELLAMY & SCHULTZ, PLLC, Attn: Brian Bellamy and Dylan Schultz, Po Box 26128, Austin, TX 78755-0128 |
| 13063844 | BTX ENERGY, 29347 Highway 124, Winnie, TX 77665-8214 |
| 13063845 | CARDENAS TRUCK REPAIR INC, 8311 Tejas Loop, Laredo, TX 78045-7136 |
| 13063846 | CHEP'S TRUCK & TRAILER REPAIR, 7502 E Houston Rd, Houston, TX 77028-3534 |
| 13063849 | JGBLaw, P.C., Attn: Jennifer G. Black, 4104 Bellaire Blvd, Houston, TX 77025-1004 |
| 13063852 | MIZE MELTSER PLLC, Attn: Michael Meltser, 717 Texas St Ste 1200, Houston, TX 77002-2819 |
| 13063853 | STATE OF TEXAS, OFFICE OF THE ATTORNEY GENERAL, Attn: Roel Torres, Asst Atty General, Environmental Protection Division, Po Box 12548 Mc 066 Austin, TX 78711-2548 |
| 13063854 | STREAM ENVIRONMENTAL, 9000 Liberty Rd, Houston, TX 77028-5713 |
| 13063855 | TAX LIEN LOAN SPV, LLC, c/o Johnson & Starr, 3432 Greystone Dr Ste 200, Austin, TX 78731-2357 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: houston_bankruptcy@LGBS.com | Sep 16 2025 20:17:00 | Deer Park ISD, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie L. Andresen, PO Box 3064, Houston, TX 77253-3064 |
| 13068263 | Email/Text: houston_bankruptcy@LGBS.com | Sep 16 2025 20:17:00 | Deer Park ISD, c/o Jeannie L. Andresen, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 13071616 | Email/Text: susan.fuertes@harriscountytx.gov | Sep 16 2025 20:16:00 | Harris County, P.O. Box 2848, Houston, TX 77252 |
| 13063847 | Email/Text: susan.fuertes@harriscountytx.gov | Sep 16 2025 20:16:00 | HARRIS COUNTY, TEXAS, Attn: Bethany Dwyer, Asst County Atty, Environmental Division, 1019 Congress St Fl 15, Houston, TX 77002-1799 |
| 13063848 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 16 2025 20:16:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13063850 | | KARYN GODWIN |
| 13063851 | | KENNETH MCCLAIN |
| cr | *P++ | HARRIS COUNTY ATTORNEY'S OFFICE, P O BOX 2848, HOUSTON TX 77252-2848, address filed with court:, Harris County, P.O. Box 2848, Houston, TX 77252 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 16, 2025 | Form ID: pdf001 | Total Noticed: 15 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Jeannie Lee Andresen | on behalf of Creditor Deer Park ISD houston_bankruptcy@lgbs.com |
| Mark P Yablon | on behalf of Debtor Rapid Marine Fuels  LLC bankruptcy@yablonlaw.com |
| Melissa A Haselden | mhaselden@haseldenfarrow.com haseldenbankruptcytrustee@gmail.com;mhaselden@ecf.axosfs.com;mhaselden@ecf.courtdrive.com;haselden.melissaa.r104367@notify.bestcase.com |
| Susan R. Fuertes | on behalf of Creditor Harris County susan.fuertes@harriscountytx.gov  taxbankruptcy.cao@harriscountytx.gov |
| Thanhan Nguyen | on behalf of Debtor Rapid Marine Fuels  LLC bankruptcy@anwinlaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 7